ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 0 9 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -v.-

ZIMMIAN TABB,

        Defendant.

- - - - - - - - - - - - - - - - - - - X

INDICTMENT

16 Cr.

**16 CRIM 747**

## COUNT ONE

The Grand Jury charges:

1. On or about August 13, 2016, in the Southern District of New York and elsewhere, ZIMMIAN TABB, the defendant, intentionally and knowingly distributed and possessed with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. The controlled substance involved in the offense was mixtures and substances containing a detectable amount of cocaine base in a form commonly known as "crack," in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C); and Title 18, United States Code, Section 2.)

## FORFEITURE ALLEGATION

3. As a result of committing the offense alleged in Count One of this Indictment, ZIMMIAN TABB, the defendant, shall forfeit to the United States, pursuant to Title 21, United

Judge Hellerstein

States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the offense and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense alleged in Count One of this Indictment.

Substitute Assets Provision

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

  a) cannot be located upon the exercise of due diligence;

  b) has been transferred or sold to, or deposited with, a third person;

  c) has been placed beyond the jurisdiction of the Court;

  d) has been substantially diminished in value; or

  e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

ZIMMIAN TABB,

Defendant.

---

**INDICTMENT**

16 Cr.

(21 U.S.C. §§ 812, 841(a)(1), and 841(b)(1)(C); 18 U.S.C. § 2.)

PREET BHARARA
United States Attorney

*[signature]*
Foreperson

11/9/16 Filed Indictment
on Judge Netburn