```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

          - v. -

ZIMMIAN TABB,

          Defendant.
-------------------------------------------------------x

ORDER

16 Cr. 747 (AKH)

WHEREAS, the defendant, Zimmian Tabb, has requested the unsealing and the disclosure of all records concerning the following case that was adjudicated in the Criminal Court of the City of New York, Bronx County: People v. Ziman Tabb, or People v. Zimmian Tabb, Docket #: 2005SX105153, OCA #: A2005333423, SAP Part, Bronx County, State of New York ("Bronx Criminal Case") in connection with his defense of this federal prosecution;

WHEREAS, I find that the records of the Bronx Criminal Case should be unsealed and disclosed to the defendant in connection with his defense of this federal prosecution;

IT IS HEREBY ORDERED that the custodian of records and/or the Clerk of the Criminal Court of the City of New York, Bronx County, unseal and disclose all records to the defendant's designated representative, Brendan Collishaw, of the Demovsky Lawyer Service pertaining to the following case: People v. Ziman Tabb, or People v. Zimmian Tabb, Docket #: 2005SX105153, OCA #: A2005333423, SAP Part, Bronx County, State of New York.

Dated: January 17, 2017
      New York, New York

_____
U.S.D.J.