

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 3, 2017

BY ECF

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    United States v. Zimmian Tabb, S1 16 Cr. 747 (AKH)

Dear Judge Hellerstein:

     The parties jointly write to respectfully request that the Court convert the pretrial conference currently scheduled for May 5, 2017, at 11:00 a.m., to a change of plea proceeding.

                         Very truly yours,

                         JOON H. KIM
                         Acting United States Attorney

             By: _____
                  Rebekah Donaleski/David W. Denton, Jr.
                  Assistant United States Attorney
                  (212) 637-2423/2744

cc:    Richard Signorelli, Esq.