LAW OFFICE OF
# RICHARD E. SIGNORELLI
ATTORNEY AT LAW

799 Broadway, Suite 539, New York, New York  10003

Telephone:  (212) 254-4218   Cellular: (917) 750-8842   Facsimile: (212) 254-1396

rsignorelli@nycLITIGATOR.com℠

www.nycLITIGATOR.com℠

January 26, 2018

<u>Via ECF Filing and Courtesy Copy via Facsimile 212 805 7942</u>

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

    Re:    <u>United States v. Zimmian Tabb</u>, 16 CR 747 (AKH)

Dear Judge Hellerstein:

    I am the attorney for Zimmian Tabb, a defendant in the above-referenced case. In connection with the Judgment in a Criminal Case filed yesterday, I respectfully request that Your Honor consider the following amendments:

1. Page 1, section entitled "Title & Section": adding "18 USC 2"

2. Page 2, section entitled "Imprisonment": replacing "her" with "his"

3. Page 2, section entitled "Imprisonment": adding to the list of recommendations to the Bureau of Prisons that "Defendant be considered for admission to the Bureau of Prisons 500 Hour Residential Drug Treatment Program" as I believe Your Honor did agree to recommend at the sentencing proceeding.

    Thank you for your consideration of this request.

                                                          Respectfully,

                                                          /s/ Richard E. Signorelli

                                                          Richard E. Signorelli