Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 0 3 2018

Caption:
United States of America
v.

Zimmian Tabb

Docket No.: 16 CR 747 (AKH)
Hon. Alvin K. Hellerstein
(District Court Judge)

Notice is hereby given that **defendant Zimmian Tabb** appeals to the United States Court of Appeals for the Second Circuit from the judgment [✔], other [✔] **and Sentencing Order, entered January 26, 2018**
(specify)
entered in this action on **January 25, 2018**.
(date)

This appeal concerns: Conviction only [ ]   Sentence only [✔]   Conviction & Sentence [ ]   Other [ ]

Defendant found guilty by plea [✔]   trial [ ]   N/A [ ]

Offense occurred after November 1, 1987?   Yes [✔]   No [ ]   N/A [ ]

Date of sentence: **January 19, 2018**   N/A [ ]

Bail/Jail Disposition: Committed [✔]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✔]  No [ ]   If yes, provide the following information:

Defendant's Counsel: **Richard E. Signorelli**

Counsel's Address: 799 Broadway, Suite 539, New York, NY 10003 (through 3/31/18)

52 Duane Street, 7th Floor, New York, NY 10007 (starting 4/1/18)

Counsel's Phone: 212-254-4218   email: richardsignorelli@gmail.com

Assistant U.S. Attorney: **David Denton/Rebekah Donaleski**

AUSA's Address: **One St. Andrew's Plaza**
**New York, NY 10007**

AUSA's Phone: 212-637-2200

*Signature: Richard E. Signorelli 2/2/18*

**LAW OFFICE OF**
## RICHARD E. SIGNORELLI
### ATTORNEY AT LAW

799 Broadway, Suite 539, New York, New York  10003
Telephone: (212) 254-4218   Cellular: (917) 750-8842   Facsimile: (212) 254-1396
rsignorelli@nycLITIGATOR.com<sup>SM</sup>
www.nycLITIGATOR.com<sup>SM</sup>

February 2, 2018

Appeals Unit, Room 200
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 200
New York, NY 10007

    Re:    <u>United States v. Zimmian Tabb</u>, 16 CR 747 (AKH)

Dear Appeals Unit Clerk:

    I am the Court-appointed attorney for Zimmian Tabb, a defendant in the above referenced case. I have enclosed the original of the notice of appeal which I emailed to your office on February 2, 2018. Thank you.

Respectfully,

*/s/ Richard E. Signorelli*

Richard E. Signorelli

LAW OFFICE OF
RICHARD E. SIGNORELLI
799 BROADWAY
NEW YORK, NEW YORK 10003



USM5w
SDNY

Appeals Unit, Room 200
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 200
New York, NY 10007

RECEIVED
18 FEB -3 PM 3:09
U.S. DISTRICT COURT
S.D.N.Y.