UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
ZIMMIAN TABB,                                                 :
:                **ORAL ARGUMENT ORDER**
                                            Movant,           :
   -against-                                    :   16 Cr. 747 (AKH)
:
UNITED STATES OF AMERICA,                                     :   23 Civ. 5229 (AKH)
:
                                            Respondent.       :
:
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The parties shall appear for oral argument regarding petitioner's § 2255 motion on February 6, 2024 at 2:15 p.m.  No later than February 2, 2024, at 12:00 p.m., the parties shall jointly submit to the court (via HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

      SO ORDERED.

Dated:   January 31, 2024                         /s/ Alvin K. Hellerstein
            New York, New York                    ALVIN K. HELLERSTEIN
                                                        United States District Judge