```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
ZIMMIAN TABB,                                                  :
                                                               :    SCHEDULING ORDER
                                      Movant,                  :
        -against-                                              :    16 Cr. 747 (AKH)
                                                               :
UNITED STATES OF AMERICA,                                      :    23 Civ. 5229 (AKH)
                                                               :
                                      Respondent.              :
                                                               :
-------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The oral argument scheduled for February 6, 2024 is adjourned until March 14, 2024 at 11 a.m. No later than March 12, 2024, at 12:00 p.m., the parties shall jointly submit to the court (via HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:    February 2, 2024                       /s/ Alvin K. Hellerstein
           New York, New York               ALVIN K. HELLERSTEIN
                                                                  United States District Judge