UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
ZIMMIAN TABB, :
: **SCHEDULING ORDER**
Movant, :
   -against- : 16 Cr. 747 (AKH)
:
UNITED STATES OF AMERICA, : 23 Civ. 5229 (AKH)
:
Respondent. :
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The oral argument scheduled for March 14, 2024 is adjourned until March 26, 2024 at 2:30 p.m. No later than March 22, 2024, at 12:00 p.m., the parties shall jointly submit to the court (via HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

      SO ORDERED.

Dated:   March 12, 2024                      /s/ Alvin K. Hellerstein
           New York, New York           ALVIN K. HELLERSTEIN
                                                     United States District Judge