# MORRISON FOERSTER

250 WEST 55TH STREET
NEW YORK
NEW YORK  10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AUSTIN, BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, MIAMI,
NEW YORK, PALO ALTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

March 12, 2024

Writer's Direct Contact
+1 (212) 468-8049
CCohen@mofo.com

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

The oral argument scheduled for March 26, 2024 is adjourned until April 3, 2024 at 10 a.m.

SO ORDERED

/s/ Alvin K. Hellerstein
U.S.D.J.
March 13, 2024

Re: *United States v. Zimmian Tabb*, 16 Cr. 747 (AKH) / 23 Cv. 05229 (AKH)

Dear Judge Hellerstein:

     We represent petitioner Zimmian Tabb in the above-captioned matter.  We respectfully write to request an adjournment of the oral argument on Mr. Tabb's § 2255 motion, currently scheduled for March 26 at 2:30 p.m., to 11:00 a.m., on April 2, 3, or 5, 2024.  The government consents to this request and is available on the proposed dates and times. This is the parties' second request to reschedule the argument.

Respectfully submitted,

Carrie H. Cohen

cc:  Counsel of Record by ECF