UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                                                :

ZIMMIAN TABB,

                                    **SCHEDULING ORDER**

                  Movant,

   -against-                               16 Cr. 747 (AKH)

UNITED STATES OF AMERICA,        23 Civ. 5229 (AKH)

                 Respondent.
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The oral argument scheduled for April 3, 2024 is adjourned until April 16, 2024 at 12 p.m.

        SO ORDERED.

Dated:    April 2, 2024                          /s/  Alvin K. Hellerstein
            New York, New York               ALVIN K. HELLERSTEIN
                                                        United States District Judge